# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BAIT PRODUCTIONS PTY LTD.,**

    **Plaintiff,**

**v.**                                                         **Case No: 6:13-cv-221-Orl-31DAB**

**ARIELLE CENTENO,**

    **Defendant.**

## ORDER

This matter is before the Court on a statement from Defendant, Arielle Centeno, (Doc. 22) filed in opposition to the Complaint ("Defendant's Statement"). Defendant's Statement was docketed as a motion to dismiss, and Plaintiff has responded in opposition to dismissal (Doc. 24) ("Response"). Defendant's Statement essentially denies the acts or knowledge of the acts alleged in the Complaint. This type of response is appropriate for an answer to the Complaint rather than a motion to dismiss. Pro se litigants are held to less stringent standards than formal pleadings drafted by attorneys. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). However, to be successful on a motion to dismiss, Mr. Centeno is required to present a basis for dismissal under Rule 12 of the Federal Rules of Civil Procedure which he has failed to do. Accordingly, Defendant's Statement (Doc. 22), construed as a motion to dismiss, is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 31, 2013.

                                                                     **GREGORY A. PRESNELL**
                                                                   **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party